HOWARD v. ATCHISON et al. (Circuit Court of Appeals, Fifth Circuit. April 9, 1912.) No. 2,319. Appeal from the District Court of the United States for the Southern District of Florida. G. Boone Patterson, Peter S. Carter, and H. H. Taylor, for appellant. Geo. Denegre and Joseph Paxton

Blair (Allen & Harris and Denegre & Blair, on the brief), for appellees. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. For the reasons given in Fountain v. Sawyer, 176 Fed. 92, 99 C. C. A. 612, the decree of the District Court is affirmed.